Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KHEMEELA ACOSTA,** individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br> **CLICK SALES INC.,** and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. <br><br> **2:19-cv-08697-PA-E** <br><br> **NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

NOW COMES THE PLAINTIFF by and through his attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 5th Day of November, 2019,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

1

Filed electronically on this 5th Day of November, 2019, with:

2

3

United States District Court CM/ECF system

4

Notification sent electronically via the Court's ECF system to:

5

The Honorable Judge of the United States District Court.

6

7

And all Counsel of Record on ECF.

8

This 5th Day of November, 2019.

9

10

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28